UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANDREA BONILLA, individually and on behalf
of all others similarly situated,

                                                          JUDGMENT

                Plaintiff,                           19-cv-05067 (DLI) (RER)

   v.

NELSON & KENNARD, ROBERT SCOTT
KENNARD, JOSEPH HELFRICK, ABC LEGAL
SERVICES, LLC and NANCY KEYLER,

                Defendants.
---------------------------------------------------------------X

        A Memorandum and Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on September 28, 2020, granting the motions to dismiss for lack of jurisdiction; and dismissing this action in its entirety; it is

        ORDERED and ADJUDGED that the motions to dismiss for lack of jurisdiction is granted; and that this action is dismissed in its entirety.

Dated: Brooklyn, New York                                  Douglas C. Palmer
        September 29, 2020                               Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                 Deputy Clerk